FILED IN OPEN COURT
ON 10-14-2026
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC
JMA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CR-00213-FL-RN

UNITED STATES OF AMERICA )
)
v. ) **INDICTMENT**
)
MERVIN SYLVESTER BOGLE )
)

The Grand Jury charges that:

On or about October 21, 2024, in the Eastern District of North Carolina, the Defendant, MERVIN SYLVESTER BOGLE, an alien in the United States, did knowingly make a false statement and claim that he was a citizen of the United States in order to vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Date: 10/14/26

W. ELLIS BOYLE
United States Attorney

BY: KENAN L.W. DRUM
Assistant United States Attorney